**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-cv-11549 |
| v. | ) | |
| | ) | Judge John R. Blakey |
| SALVIDOR GODINEZ, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR DFENDANT JOHN DOES**

The undersigned attorney requests that this Court allow him to withdraw from representation of the Defendant John Does. In support of his motion, counsel states as follows:

1. The undersigned attorney entered his appearance for Defendant John Does in error.

3. The undersigned attorney will continue to represent Defendants Salvidor Godinez, Debbie Knauer, Michael Lemke, Michael Magana, Anna McBee, Hunter, Donald Williams, John Sievers, Tarry Williams, and McGarvey.

4. A copy of this motion has been served on all parties.

WHEREFORE, the undersigned prays that this Court enter an order allowing the undersigned attorney's withdrawal.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: /s/ *Benjamin C.R. Lockyer*

BENJAMIN C.R. LOCKYER
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4324
BLockyer@atg.state.il.us